Jasmine M. Starr (Cal. Bar No. 259473)
Email: starrja@sec.gov
Stephen T. Kam (Cal. Bar No. 327576)
Email: kams@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Gary Y. Leung, Associate Director
Douglas M. Miller, Supervisory Trial Counsel
444 South Flower St., Suite 900
Los Angeles, CA  90071
Tel: (323) 965-3998

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>UTAH REGIONAL INVESTMENT FUND, LLC, a Utah limited liability company; and CHRISTOFER SCOTT SHURIAN, an individual,<br><br>Defendants, and<br><br>CCS OF UTAH, INC., a Utah corporation,<br><br>Relief Defendant. | Case No.: 1:23-cv-00106-HCN-CMR<br><br>**SECOND JOINT STATUS REPORT REGARDING PROPOSED SETTLEMENT**<br><br>**Judge Howard C. Nielson, Jr.**<br>**Magistrate Judge Cecilia M. Romero** |

Pursuant to the Court's March 4, 2025 Order (Dkt. No. 20), Plaintiff Securities and Exchange Commission ("SEC"), Defendants Utah Regional Investment Fund, LLC ("URIF"), Christofer Scott Shurian ("Shurian"), and Relief Defendant CCS of Utah, Inc. ("CCS"), by and through their respective counsel, submit this second Joint Status Report Regarding Settlement.

On March 31, 2025, the SEC sent a Consent and proposed Final Judgment reflecting the terms of the proposed settlement to counsel for Defendants and Relief Defendant, following counsel's representation that Defendants and Relief Defendant intended to enter into a settlement with the SEC. On May 6, 2025, counsel for Defendants and Relief Defendant filed a motion to withdraw from the case. The SEC contacted Shurian on May 13, 2025 to follow up on the Consent. After receiving no response, the SEC again contacted Shurian on May 21, 2025. On June 6, 2025, Shurian asked the SEC when the parties had to file a status report with the Court, and the SEC reminded him that the parties were required to file the report by June 12, 2025. The SEC has not received the signed Consents from Defendants, Relief Defendant, or their counsel.

In light of these failed settlement discussions, the parties request a status conference with the Court and also request that the Court set a date for the parties to propose a revised case schedule.

Dated:  June 12, 2025

/s Stephen T. Kam
Jasmine M. Starr
Stephen T. Kam
Attorneys for Plaintiff
Securities and Exchange Commission

Dated: June 12, 2025                    /s Christofer Shurian
                                        Christofer Scott Shurian

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of June 2025, I filed the foregoing **SECOND JOINT STATUS REPORT REGARDING PROPOSED SETTLEMENT** via the Court's CM/ECF System, which sent notification and service to all counsel of record.

*/s/ Stephen T. Kam*
Stephen T. Kam
